# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN AND HELPERS, AND PROFESSIONAL, CLERICAL, PUBLIC AND MISCELLANEOUS EMPLOYEES, LOCAL UNION NO. 533,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>EDWARD KRAEMER & SONS, INC.,<br><br>　　　　　Defendant. | 3:06-cv-00451-HDM-VPC<br><br>ORDER |

　　Before the court is the plaintiff's notice of voluntary dismissal made pursuant to Fed. R. Civ. P. 41(a)(1) (#3). The notice is hereby **GRANTED,** and this action is **DISMISSED.**

　　**IT IS SO ORDERED**.

　　DATED: This 16th day of February, 2007.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE